1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK T. MURRAY,

          Plaintiff,

    v.

ROBERT WILSON,

          Defendant.

Case No.  C07-5238FDB

ORDER DISMISSING
COMPLAINT WITHOUT
PREJUDICE

15
16
17

    The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

18    (1)    The Court adopts the Report and Recommendation;

19
20    (2)    Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE.**  Plaintiff cannot challenge the propriety of his current his incarceration in a civil rights action.

21
22    (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold.

23
24    DATED this 23rd day of July 2007.

25
26
27                               FRANKLIN D. BURGESS
                               UNITED STATES DISTRICT JUDGE
28

ORDER
Page - 1