# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARK T. MURRAY

        v.

ROBERT WILSON,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5238FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff cannot challenge the propriety of his current incarceration in a civil rights action.

| | |
|---|---|
|   July 24, 2007 |   BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |